734

Robert ADES, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

Albert J. ADES and Sylvia Ades, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

Alan ADES and Ruth Ades, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

Joseph ADES and Rachel Ades, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 303, 306, Dockets 27919, 27922.

United States Court of Appeals
Second Circuit.

Argued May 9, 1963.

Decided May 15, 1963.

Marvin S. Machson, New York City (Charles Korn, New York City), for petitioners.

Arthur E. Strout, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Melva M. Graney, Washington, D. C., Attorneys), for respondent.

Before FRIENDLY, KAUFMAN and MARSHALL, Circuit Judges.

PER CURIAM.

We affirm on the complete and well-reasoned opinion of Judge Forrester in the Tax Court, 38 T.C. 501.

Anthony J. CELEBREZZE, Secretary of Health, Education and Welfare

v.

Reva C. THOMPSON.

No. 17309.

United States Court of Appeals
Eighth Circuit.

April 10, 1963.

Miles W. Lord, U. S. Atty., and J. Earl Cudd, Asst. U. S. Atty., for appellant.

Ronald L. Seeger, Rochester, for appellee.

PER CURIAM.

Appeal from District Court dismissed on dismissal of appeal by appellant.

Clark LUKE, Appellant,

v.

The PENNSYLVANIA RAILROAD COMPANY, a Corporation.

No. 14204.

United States Court of Appeals
Third Circuit.

Argued April 25, 1963.

Decided May 8, 1963.

Hymen Schlesinger, Pittsburgh, Pa., for appellant.

William C. Walker, Pittsburgh, Pa., Dickie, McCamey, Chilcote & Robinson, Pittsburgh, Pa., for appellee.

Before KALODNER, HASTIE and GANEY, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court denying appellant's motion for a new trial will be affirmed. 207 F.Supp. 550.